IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROBERTO LOPEZ MATEO,<br><br>    Plaintiff,<br><br>    v.<br><br>LA FERIA MECANICA, et al.,<br><br>    Defendants. | CIVIL NO. 97-1661 (RLA) |
| MIDIAM E. CARRASQUILLO REYES,<br>et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUNGEE PLUNGE, INC., et al.,<br><br>    Defendants. | CIVIL NO. 97-1662 (RLA) |

**ORDER IN THE MATTER OF
INVESTMENT OF MINOR'S AWARD IN CIV. NO. 97-1662**

The Statement filed by CELSO Q. RODRIGUEZ, SIGNATOR FINANCIAL NETWORK, (docket No. **112**) advising that the funds of minor TOMAS O. RIVERA-CARRASQUILLO are invested in a U.S. TREASURY strip-zero coupon Bond with maturity date August 15, 2004[1] is hereby **NOTED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 28th day of January, 2002.

RAYMOND L. ACOSTA
United States District Judge

---

[1] See Order Authorizing Settlement of Minor's Claim filed under seal on March 31, 1998 (docket No. 74).

a/c: Celso Q. Rodriguez
1/29/02