IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO LOPEZ MATEO,

    Plaintiff,

    v.                                              CIVIL NO. 97-1661 (RLA)

LA FERIA MECANICA, et al.,

    Defendants.

---

MIDIAM E. CARRASQUILLO REYES, et al.,

    Plaintiffs,

    v.                                              CIVIL NO. 97-1662 (RLA)

BUNGEE PLUNGE, INC., et al.,

    Defendants.

---

**ORDER AUTHORIZING WITHDRAWAL OF FUNDS OF EMANCIPATED MINOR TOMAS O. RIVERA-CARRASQUILLO INVESTED WITH JOHN HANCOCK MUTUAL LIFE**

It appearing that the minor plaintiff TOMAS O. RIVERA-CARRASQUILLO has been emancipated, the Motion Requesting Withdrawal of Funds, filed on May 30, 2003 (docket No. **115**) is **GRANTED**. Accordingly, JOHN HANCOCK MUTUAL LIFE CO. is authorized to deliver the settlement funds invested for the benefit of TOMAS O. RIVERA-CARRASQUILLO upon his request.

Copy of this Order shall be served upon MS. EDITH RIOS, Financial Clerk, U.S. District Court for the District of Puerto Rico.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 11th day of June, 2003.

                                                RAYMOND L. ACOSTA
                                        United States District Judge